## STATE v. PRIDDY

No. 407P94

Case below: 115 N.C.App. 547

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

## STATE v. QUICK

No. 459A94

Case below: 116 N.C.App. 362

Petition by Attorney General for temporary stay allowed 26 September 1994.

## STATE v. SCALES

No. 293P94

Case below: 106 N.C.App. 707

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

## STATE v. STREETER

No. 386P94

Case below: 115 N.C.App. 566

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

## STATE v. TAYLOR

No. 405P94

Case below: 115 N.C.App. 732

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitution question) dismissed 5 October 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.